1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | Case No. 05-5009 RBL |
|---|---|
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO REC0NSIDER PRIOR DETENTION ORDER |
| ROSIE MARIE COSTELLO, | |
| Defendant. | |

    THIS COURT ordered the defendant detained following a hearing which was held on December 8, 2006 pursuant to 18 U.S.C. §3142. (Dkt. #21). The defendant filed a Motion for Reconsideration of the Detention Order noting the matter for January 12, 2007 and requesting oral argument.

    The undersigned has considered the defendant's motion, including the new information provided regarding a potential place to live, the possibility of doing volunteer work and obtaining the services of a tutor in order to learn to read. This new information is not sufficient, however, to alleviate the concerns which were addressed in the Detention Order and the motion is hereby DENIED.

    DATED this 10th day of January, 2007.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Order Denying Motion
Page - 1