Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-5575RBL |
| Plaintiff, | |
| v. | (~~PROPOSED~~) ORDER OF CONTINUANCE |
| ROSIE MARIE COSTELLO, and PETE JAMES COSTELLO, | |
| Defendants. | |

Before this Court is a Stipulated Motion to Extend the Pretrial Motions Deadline and to Continue the Trial Date;

The Court finds, after a consideration of all relevant information and the circumstances of this case, that the ends of justice would best be served by the granting of this request for continuance. The ends of justice outweigh the best interests of the public and the defendant in having the matter brought to trial sooner.

The Court finds that the parties request to extend the deadline for pretrial motions should be GRANTED. The pretrial motions deadline scheduled for December 26, 2006, is VACATED. The pretrial motions deadline is continued to April 2, 2007.

For all the reasons presented in the files and records herein, the Court finds that the parties stipulated request to continue the trial should be GRANTED. The trial date currently scheduled for February 5, 2007, is VACATED. Trial shall be rescheduled to May 21, 2007. at 9:00 AM

ORDER OF CONTINUANCE — 1
CR06-5575RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   Any and all period of delay resulting from the granting of this continuance, from the date of the filing of the parties stipulated request on January 11, 2007, until the date of the rescheduled trial, shall be excludable time pursuant to Title 18, United States Code, Section 3161(h)(1)(F) and (h)(8)(A), and the Court makes the following findings:

   a.  That the failure to grant such a continuance in this case would be likely to result in a miscarriage of justice;

   b.  That it is in the defendant's best interest to be aware of all of the potential charges against her, and have the opportunity to negotiate settlements on all of those charges;

   c.  That the failure to grant such a continuance in this case would deny counsel for the defendants and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, because of the nature of the prosecution, the existence of a significant amount of complex discovery, novel questions of fact and law, and commitments to other clients;

///

///

///

ORDER OF CONTINUANCE —2
CR06-5575RBL

Case 3:06-cr-05575-RBL   Document 25   Filed 01/12/07   Page 3 of 3

1       d.    That because of ongoing negotiations and other discovery matters it may be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by Title 18, United States Code, Section 3161. 18 U.S.C. § 3161(h)(8)(B)(ii).

IT IS SO ORDERED

DATED this 12th day of January, 2007.

RONALD B. LEIGHTON
United States District Judge

Presented by:

JOHN McKAY
United States Attorney

By:

s/Norman M. Barbosa
NORMAN M. BARBOSA
Special Assistant United States Attorney
WA Bar #28188
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-4937
Fax: (206) 553-0755
E-mail: Norman.Barbosa@usdoj.gov

<001 />

ORDER OF CONTINUANCE —3
CR06-5575RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970