Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETE COSTELLO, ) <br> ) <br> Defendant. ) <br> ) | NO. CR06-5575 <br><br> ORDER TO APPLY SEIZED FUNDS TOWARDS RESTITUTION |

It is ORDERED that $1,419.98 currently in the possession of the Social Security Administration, Office of the Inspector General shall be provided to the United States District Court Clerk to be applied towards the defendants' restitution obligations as follows:

$868.90 shall be applied towards the restitution order for Pete James Costello;

$551.08 shall be applied towards the restitution order for Rosie Marie Costello..

IT IS SO ORDERED.

DATED this 6th day of September, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

JEFFREY C. SULLIVAN
United States Attorney

/s/_____
NORMAN M. BARBOSA
Assistant United States Attorney

---

Order Applying Seized Funds Towards Restitution/Pete Costello
CR06-5575RBL - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970